TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00284-CV

Bobby E. Haley, Appellant

v.

Associates Commercial Corporation, Appellee

FROM THE DISTRICT COURT OF BELL COUNTY, 169TH JUDICIAL DISTRICT

NO. 172,363-C, HONORABLE SUE BARTON LYKES, JUDGE PRESIDING

PER CURIAM

 Because there is no final judgment from the trial court in this matter, we will
dismiss the appeal for want of jurisdiction. See Tex. R. App. P. 42.3(a).

 Appellant submitted his Notice of Appeal to the trial court on May 7, 1999. By
letter dated July 9, 1999, this Court notified all parties that it did not appear that a final judgment
existed in this matter, and that appellant was requested to obtain a final judgment from the trial
court and submit same to this office by August 19, 1999. Thus far, appellant has failed to
respond.

 On September 17, 1999, the district clerk's office of Bell County informed the
Clerk's Office of this Court that the case had been abated on March 19, 1999, and that the
abatement remains in effect.

 Accordingly, we dismiss this appeal for want of jurisdiction on our own motion.

Before Justices Jones, Kidd and Patterson

Dismissed for Want of Jurisdiction

Filed: September 23, 1999

Do Not Publish